# EXHIBIT C

**CLAIM CHART**
**US 9,131,746/DVNK**

| US 9,131,746 - CLAIM 1 | DVNK INSOLE |
|---|---|
| A foot orthotic, comprising: | The DVNK product is a foot orthotic. |
| a flexible element consisting of a sheet of material of substantially uniform thickness, the sheet of material defining a toe region, a heel region and a longitudinal arch pad region that extends from the toe region to the heel region, | The DVNK foot orthotic includes a flexible element that consists of a sheet of material of substantially uniform thickness, the sheet of material defining a toe region, a heel region and a longitudinal arch pad region that extends from the toe region to the heel region,<br><br>Sheet of material of substantially uniform thickness<br><br>Toe region   Heel region<br>Longitudinal arch pad extends from toe region to heel region<br><br>https://www.youtube.com/watch?v=XBQp24Qqvlk [0:07/0:15] |
| the sheet of material being structurally formed such that (i) only the toe region and the heel region contact a ground surface plane, and (ii) the longitudinal arch pad is spaced above the ground surface plane; | The DVNK foot orthotic is structured such that only the toe region and the heel region contact a ground surface plane, and the longitudinal arch pad is spaced above the ground surface plane. |

| US 9,131,746 - CLAIM 1 | DVNK INSOLE |
| --- | --- |
| | https://www.youtube.com/watch?v=XBQp24Qqvlk [0:07/0:15] |
| wherein the flexible element is fabricated from a flexible material that includes pre-impregnated carbon fibers; and wherein the pre-impregnated fibers are unidirectionally aligned. | The DVNK foot orthotic is fabricated from a flexible material that includes pre-impregnated carbon fibers that are unidirectionally aligned. DVNK's patent expert describes the unidirectional alignment as a "checkerboard of warp and weft fibers … rotated approximately over 45° with respect to a longitudinal direction of the product." DVNK counsel's correspondence dated May 21, 2025. Each of the "warp" and "weft" carbon fibers in the DVNK foot orthotic are unidirectionally aligned. |

2